# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **BRETT STEVEN AMERSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 5:22-cv-169-AMM-JHE |
| **MARTHA E. WILLIAMS,** *et al.*, | ) |
| **Defendants.** | ) |

## MEMORANDUM OPINION

On December 20, 2024, the magistrate judge entered a report recommending the court dismiss the plaintiff's federal claims without prejudice pursuant to 28 U.S.C. § 1915A(b)(1)–(2) for failing to state a claim upon which relief may be granted and seeking monetary relief from a defendant who is immune from such relief. Doc. 22. The magistrate judge further recommended the court decline to exercise supplemental jurisdiction over the plaintiff's state law claim pursuant to 28 U.S.C. § 1367(c)(3). Doc. 22. The magistrate judge advised the plaintiff of his right to file written objections to the report and recommendation within fourteen days. *Id*. at 9–10.

On January 7, 2025, the magistrate judge noted that an exhibit referenced in the report and recommendation was inadvertently omitted and directed the Clerk of Court to resend the report and recommendation to the plaintiff along with the exhibit.

Doc. 23. The magistrate judge directed the plaintiff to file any objections to the report and recommendation within fourteen days. *Id*. More than fourteen days have elapsed, and the court has not received any objections.

After careful consideration of the record in this case and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b)(1)–(2), the plaintiff's federal claims are due to be dismissed without prejudice for failing to state a claim upon which relief may be granted and seeking monetary relief from a defendant who is immune from suit. Additionally, the plaintiff's state-law claim is due to be dismissed without prejudice pursuant to 28 U.S.C. § 1367(c)(3).

A Final Judgment will be entered.

**DONE** and **ORDERED** this 29th day of January, 2025.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE